IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON TYRELL LEE,<br><br>Defendant. | CR-21-11-GF-BMM<br><br>ORDER CONTINUING BOP<br>SELF SURRENDER DATE |

Defendant Jason Tyrell Lee has filed an Unopposed Motion to Continue his BOP Self Surrender Date, presently set for March 15, 2022. Mr. Lee requested an extension so that he may undergo necessary dental procedures. Upon the showing of good cause: IT IS ORDERED: Mr. Lee's Motion to Continue his BOP self-surrender date is GRANTED. The March 15, 2022 self-surrender date is hereby VACATED. Mr. Lee will self-report to the BOP on May 18, 2022 by 5:00 p.m.

DATED this 14th day of March 2022.

_/s/ Brian Morris_____
Brian Morris, Chief District Judge
United States District Court

ORDER